UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AXIS OILFIELD RENTALS, LLC | CIVIL ACTION |
| VERSUS | NO. 15-1627 |
| MINING, ROCK EXCAVATION AND CONSTRUCTION, LLC, ET AL | SECTION: "J" (4) |

## O R D E R

A Scheduling conference was held on April 21, 2016, by telephone.

PRESENT:  Mark McNamara, Matthew Simone, for plaintiff
Douglas Elliott, for defendants

Pleadings have been completed. Jurisdiction and venue are established.

All pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **AUGUST 19, 2016.  This Section adheres to Local Rule 78.1E regarding oral argument on motions.**  All other motions in limine shall be filed by **SEPTEMBER 26, 2016,** and responses thereto shall be filed by **SEPTEMBER 28, 2016.  Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.**

**Counsel are advised that the court is receptive to requests for oral argument.  Hearing dates for Section J may be found at www.laed.uscourts.gov.**

Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Depositions for trial use shall be taken and all discovery shall be completed not later than **AUGUST 8, 2016.**

Amendments to pleadings, third-party actions, cross- claims and counter-claims shall **NOT** be filed**.**

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **JUNE 8, 2016.**

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **JULY 8, 2016.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify on trial, and all exhibits that may or will be used, not later than **JULY 8, 2016.**

The Court will not permit any witness, expert or fact, to testify or exhibits to be used unless there has been compliance with this Order as it pertains to the witness.

**THE COURT ENCOURAGES THE PARTIES TO DISCUSS POSSIBLE SETTLEMENT AT AN EARLY DATE. IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE WITH EITHER THE DISTRICT JUDGE OR THE ASSIGNED MAGISTRATE JUDGE, COUNSEL SHOULD CONTACT CHAMBERS DIRECTLY.**

This case does **NOT** involve extensive documentary evidence.

A final pre-trial conference will be held before the District Judge on **SEPTEMBER 8, 2016 AT 3:00 PM.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

Trial will commence on **OCTOBER 3, 2016 AT 8:30 AM,** before the District Judge **WITH** a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. Trial is estimated to last **3** days.

Deadline or cut-off dates fixed herein may only be extended by the Court upon timely application and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended.

Dated at New Orleans, LA, on APRIL 21, 2016.

_____
UNITED STATES DISTRICT JUDGE